**Opinion issued February 11, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00054-CV

———————————

## IN RE HARBORWALK PROPERTY OWNERS ASSOCIATION, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Harborwalk Property Owners Association, Inc. has filed a petition for writ of mandamus, requesting that we order the trial court to vacate its order granting a motion to show authority.[1]

---

[1] The underlying case is *Harborwalk Resort, L.P. v. Harborwalk Property Owners Association, Inc., Rompsen (CH), LLC, Haythem Dawlett, Legend Communities Inc., William Bill Hayes, Peter Oelbaum, Mary Gianfriddo, and Tim Hendon*, cause number 23-CV-0339, pending in the 56th District Court of Galveston County, the Honorable Lonnie Cox presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.